UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 05 B 21831
   GERALD B WARREN
   VALERIE J WARREN                               CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-1350      SSN XXX-XX-7048

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 06/01/05 and confirmed on 08/11/05.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  28070.12 .

   4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 1127.27 | .00 | 1127.27 |
| BESTSOURCE CREDIT UNION | SECURED VEHIC | 6272.00 | 273.26 | 6272.00 |
| VALUE CITY | SECURED | .00 | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| AAM | UNSECURED | 2636.12 | .00 | 2636.12 |
| SUPERIOR BANK | UNSECURED | NOT FILED | .00 | .00 |
| MBNA AMERICA GOLD OPTION | UNSECURED | NOT FILED | .00 | .00 |
| BESTSOURCE CREDIT UNION | UNSECURED | 11404.61 | .00 | 11404.61 |
| WORLD FINANCIAL NETWORK | UNSECURED | 2253.24 | .00 | 2253.24 |
| PEOPLES GAS | UNSECURED | 178.32 | .00 | 178.32 |
| DEPARTMENT OF HUD | SECURED | .00 | .00 | .00 |

         Summary of disbursements:
------------------------------------------------------------------------
| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7399.27 | .00 | 16472.29 | .00 | 23871.56 |
| PRINCIPAL PAID | 7399.27 | .00 | 16472.29 | .00 | 23871.56 |
| INTEREST PAID | 273.26 | .00 | .00 | .00 | 273.26 |
| TOTAL PAID | 7672.53 | .00 | 16472.29 | .00 | 24144.82 |

The Debtor's attorney, LEGAL REMEDIES CHARTERED     , was allowed $  2700.00
and was paid $    270.00  direct and $   2430.00  through the plan.

The Trustee received $   1178.37 .

Refunds to the Debtor totaled $     316.93 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 09/09/08                          /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

                              PAGE  2
        CASE NO. 05 B 21831 GERALD B WARREN & VALERIE J WARREN